# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 134 EAL 2023

       Respondent    :

       :   Petition for Allowance of Appeal
       :   from the Order of the Superior Court
       v.    :

RAYTI MYERS,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.